**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1779**

_____

DOYLE R. HAM, JR.,

　　　　　　Plaintiff - Appellant,

　　　v.

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES;
DAYENA CORCOREN; JOHN WOLFE; JOHN LOTTICH; GARY MAYNARD;
PAULA GREEN-HOLT; CYNTHIA BRISCOE; BRUCE CHAPMAN; BRENDA
SHELL-ELEAZER; RODNEY BURGER; MARGARET CHIPPENDALE; BRIAN
KAUFFMAN,

　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　James K. Bredar, District Judge.
(1:13-cv-03501-JKB)

_____

Submitted:　January 22, 2015　　　　Decided:　January 26, 2015

_____

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Doyle R. Ham, Jr., Appellant Pro Se.　Judith Ann Barr, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doyle R. Ham, Jr., appeals the district court's order dismissing his complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ham v. Dep't of Pub. Safety & Corr. Servs., No. 1:13-cv-03501-JKB (D. Md. filed July 10, 2014 & entered July 11, 2014). We also deny Ham's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED